UNITED STATES of America, Plaintiff–Appellee,

v.

Juan CHAVEZ, Defendant–Appellant.

No. 05–11930.

D.C. Docket No. 03–00522 CR–2–1.

United States Court of Appeals, Eleventh Circuit.

Jan. 17, 2006.

Sandra Michaels, Atlanta, GA, for Defendant–Appellant.

Angela M. Jordan, Amy Levin Weil, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Before DUBINA and MARCUS, Circuit Judges, and GOLDBERG,* Judge.

PER CURIAM:

AFFIRMED. *See* 11th Cir. R. 36–1.[1]

---

\* Honorable Richard W. Goldberg, Judge, United States Court of International Trade, sitting by designation.

1. 11th Cir. R. 36–1 provides:
   When the court determines that any of the following circumstances exist:
   (a) the judgment of the district court is based on findings of fact that are not clearly erroneous;
   (b) the evidence in support of a jury verdict is sufficient;

(c) the order of an administrative agency is supported by substantial evidence on the record as a whole;
(d) summary judgment, directed verdict, or judgment on the pleadings is supported by the record;
(e) the judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.